IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CALVIN ROOT III,**

    **Plaintiff,**

**vs.**                                      **1:03-CV-030-SPM/AK**

**JOHNNY SMITH, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 50) dated April 11, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 50) is

adopted and incorporated by reference in this order.

2. Defendants' motion for summary judgment (doc. 46) is *granted*.

3. Plaintiff's amended complaint (doc. 22) is *dismissed* for failure to exhaust administrative remedies.

4. The clerk shall note on the docket that this case is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

**DONE AND ORDERED** this <u>seventeenth</u> day of May, 2005.

<u>*s/ Stephan P. Mickle*</u>
Stephan P. Mickle
United States District Judge

/pao

Case No.: 1:03-CV-030-SPM/AK